|   |   |
|---|---|
| 1 | Joel E. Tasca |
|   | Nevada Bar No. 14124 |
| 2 | Lindsay C. Demaree |
|   | Nevada Bar No. 11949 |
| 3 | BALLARD SPAHR LLP |
|   | 1980 Festival Plaza Drive, Suite 900 |
| 4 | Las Vegas, Nevada 89135 |
|   | Telephone: 702.471.7000 |
| 5 | Facsimile: 702.471.7070 |
|   | tasca@ballardspahr.com |
| 6 | demareel@ballardspahr.com |

*Attorneys for Defendant*
*JPMorgan Chase Bank, National Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CAMILLE P. ALTAMURA, | CASE NO. 2:21-cv-00385-GMN-BNW |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR JPMORGAN CHASE BANK, NATIONAL ASSOCIATION TO RESPOND TO PLAINTIFF'S COMPLAINT |
| v. | |
| TRANS UNION, LLC; JP MORGAN CHASE BANK, N.A., | |
| Defendants. | (First Request) |

Plaintiff Camilla P. Altamura ("Plaintiff") and Defendant JP Morgan Chase Bank ("Chase")[1] stipulate and agree that Chase has up to and including April 29, 2021 to respond to Plaintiff's Complaint (ECF No. 1), to provide additional time to investigate Plaintiff's allegations and for Chase to prepare a response.

*[Continued on following page.]*

---

[1] By filing this Stipulation, Chase is not waiving any defense, affirmative or otherwise, it may have in this matter.

This is the first request for an extension, and it is made in good faith and not for purposes of delay.

Dated: March 31, 2021

| BALLARD SPAHR LLP | KIND LAW |
|---|---|
| By: /s/ Joel E. Tasca<br>Joel E. Tasca<br>Nevada Bar No. 14124<br>Lindsay C. Demaree<br>Nevada Bar No. 11949<br>1980 Festival Plaza Drive<br>Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant*<br>*JPMorgan Chase, National Association* | By: Michael Kind<br>Michael Kind<br>Nevada Bar No. 13903<br>8860 South Maryland Parkway<br>Suite 106<br>Las Vegas, Nevada 89123<br><br>FREEDOM LAW FIRM<br><br>George Haines<br>Nevada Bar No. 9411<br>Gerardo Avalos<br>Nevada Bar No. 15171<br>8985 S. Eastern Avenue<br>Suite 350<br>Las Vegas, Nevada 89123<br><br>*Attorneys for Plaintiff* |

**ORDER**

IT IS SO ORDERED:

[signature]

UNITED STATES MAGISTRATE JUDGE

DATED: 4/2/2021